UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| vs. | Case No. 3:25-mj-00306-MEG |
| OTILIO GREEN | December 19, 2025 |

## MOTION TO MODIFY CONDITIONS OF RELEASE

 Mr. Otilio Green respectfully submits this motion to modify his conditions of release to allow for him to attend the upcoming holidays on four occasions .with his family at his wife's residence and to allow for supervised only contact with minors, which are his daughter and his 13 and 4 year old niece and nephew. U.S. Probation Officer Avimael Aponte does not oppose this motion, and Assistant U.S. Attorney Nancy Gifford defers to the Court. In support of the motion, Mr. Green provides as follows:

 1. Otilio Green is a 43-year-old, lifelong resident of Connecticut with no criminal history prior to this arrest.

 2. On April 4, 2025, Mr. Green was arrested in this District on a criminal complaint for violating 18 U.S.C. §§ 2252A(a)(2) and (a)(5). Doc. No. 1.

 3. On April 8, 2025, Magistrate Judge Maria E. Garcia released Mr. Green to the custody of his wife and father, on a $200,000 unsecured bond subject to home incarceration/location monitoring. Mr. Green was ordered to live with his father and was permitted to have video/phone calls with his daughter. Doc. No. 16.

 4. At the April 8th detention hearing, Judge Garcia scheduled a status conference for May 6, 2025, so that the court could revisit the conditions and give the defense an opportunity to request further modification.

5. On May 6, 2025, at the defense's request and without objection from Probation or the Government, Judge Garcia modified Mr. Green's conditions as follows:

- Mr. Green would remain on home incarceration but be permitted to leave his father's house for a daily 30-minute walk with a custodian;
- Mr. Green would be permitted to leave his father's home for court appearances, medical and mental health appointments, and attorney visits.
- Mr. Green would also be permitted supervised visitation with his daughter at his father's house, in light of the fact that DCF had conducted an investigation and, identifying no concerns, closed its investigation.

Doc. No. 35.

6. Defense counsel moved to modify Mr. Green's conditions to place him on home detention and to allow increased supervised visitation with his daughter at his wife's residence. Doc. No. 42. On August 27, 2025, the Court held a hearing on that motion. The Court granted the motion in part to allow Mr. Green to apply and interview for employment and/or vocational opportunities in collaboration with the Probation Office. Doc. No. 46. The Court otherwise denied the motion but indicated that counsel could return with specific requests for supervised visitation with his daughter at his wife's house as needed. Mr. Green subsequently was approved for supervised visits with his daughter from 4 to 8 p.m. each Wednesday. Doc. No. 52. He was also subsequently approved for the same request as the motion for the Thanksgiving holiday with the same family members. Doc. No. 60.

7. Mr. Green has fully complied with these conditions without any issues to date. His weekly visits with his daughter have occurred without incident.

8. Mr. Green has continued to meet weekly in-person with a therapist specializing in this field, who has also referred him to additional group therapy that meets twice a week on zoom. Mr. Green has been attending all scheduled sessions, both individual and group therapy, and is engaging fully with treatment.

9. Mr. Green is requesting permission to be at his wife's home, along with other adult family members known to Probation, with only supervised contact with his daughter and his minor niece and nephew for the Christmas Eve and Christmas Holiday on December 24 and 25 from 10 a.m. to 10 p.m. and for the New Years holiday on December 31 from 12 p.m. to 1 a.m. and January 1 from 10 a.m. to 10 p.m. All adults are aware of his charges and strict conditions of release, and he will not be unsupervised with any minor child.

10. United States Probation Officer Avi Aponte previously spoke with the Mr. Green's family members, including Michelle Diaz, to confirm they are aware of Mr. Green's charges as well as his limits with respect to minors and internet capable devices. Ms. Diaz works at a local school and confirmed she would ensure Mr. Green complies with all conditions and is not alone with any children, including her 13 and 4 year old children (Mr. Green's niece and nephew). Probation Officer Aponte has no objection to this modification for the holidays. Assistant United States Attorney Nancy Gifford defers to Probation and the Court.

WHEREFORE, for the foregoing reasons, Mr. Green respectfully asks the Court to modify his release conditions as described above to allow for him to attend the Christmas and New Years holidays with his family at his wife's residence with only supervised contact with the three minor family members at the home.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | THE DEFENDANT, <br> Otilio Green |
|  | OFFICE OF THE FEDERAL DEFENDER |
| Dated: December 19, 2025 | */s/ Allison N. Kahl* <br> Allison N. Kahl <br> Assistant Federal Defender <br> 10 Columbus Blvd., 6th Fl. <br> Hartford, CT 06106 <br> Phone: (860) 493-6260 <br> Bar No.: phv206792 <br> Email: allison_kahl@fd.org |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 19, 2025, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Allison N. Kahl*
Allison N. Kahl